UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JEANNIE N. WALLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 4:25-CV-61-D** |
| NORTH CAROLINA ATTORNEY ) | |
| GENERAL, C. SANFORD, HALIFAX ) | |
| COUNTY PROBATE JUDGE, CLERK ) | |
| OF HALIFAX COUNTY SUPERIOR ) | |
| COURT, ROANOKE RAPIDS GRADED ) | |
| SCHOOL DISTRICT BOARD OF ) | |
| TRUSTEES, JULIANA THOMPSON, ) | |
| BELMONT ELEMENTARY SCHOOL, ) | |
| RHONDA DUNLOW, LINDSEY ) | |
| GOBLE, BRUCE TEMPLE, HALIFAX ) | |
| COUNTY DEPARTMENT OF SOCIAL ) | |
| SERVICES, CYNTHIA EDWARDS, ) | |
| AMANDA RENEE (LAST NAME ) | |
| UNKNOWN), HALIFAX COUNTY ) | |
| SHERIFF'S DEPARTMENT, DEPUTY ) | |
| #1 JOHN DOE, DEPUTY #2 "WHITE", ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff failed to pay the filing fee or submit an Application to Proceed Without Prepayment of Fees and Affidavit as directed by the order at [D.E. 5] entered April 7, 2025. Therefore, this case is closed.

This Judgment filed and entered on May 23, 2025, and copies to:
Jeannie N. Walls          (via US Mail to P.O. Box 446, Halifax, NC  27839)

May 23, 2025                                    Peter A. Moore, Jr.
                                                Clerk of Court


                                                By: /s/ Stephanie Mann
                                                    Deputy Clerk